RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for BRANDON ERIC NAVARRETE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BRANDON ERIC NAVARRETE,<br><br>           Defendant. | Case No.  3:20-cr-00023-MMD-CSD<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Second Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for BRANDON ERIC NAVARRETE, Christopher Chiou, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, that the parties herein shall have to and including March 11, 2022, to file any and all pretrial motions and notices of defense.

   IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 25, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including April 1, 2022, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of April 25, 2022 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 8th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By: */s/ Christopher P. Frey*<br>_____<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Brandon Eric Navarrete | By: */s/ Randolph J. St. Clair*<br>_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this __14th__ day of March, 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE